IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRADLEY R. DEWEESE
#552216                                                                                              PLAINTIFF

V.                              NO. 4:22-cv-00872-LPR

ERIC HIGGINS, *et al.*                                                                    DEFENDANTS

**ORDER**

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. No objections have been filed, and the time for doing so has passed. After a careful and *de novo* review of the Recommendation and the record in this case, the Court approves and adopts the Recommendation in its entirety.

Mr. DeWeese's complaint is DISMISSED without prejudice based on his failure to state a plausible constitutional claim for relief. Judgment shall be entered accordingly, and this case will be CLOSED.

The Court recommends that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g) and certifies that an *in forma pauperis* appeal of this Order or the accompanying Judgment would be frivolous and not taken in good faith.

IT IS SO ORDERED this 27th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE